# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN H. SHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINE D. ALBANESE, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01432-JLT-BAM<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

    Plaintiff Jin H. Shin, proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Christine Albanese, a District Attorney in Norwalk, California; Keith K. Kim, an attorney; Roger Ito, a Judge for the Superior Court of California, County of Los Angeles in Norwalk, California; Stephanie Martinez, a reporter for the Superior Court of California, County of Los Angeles in Norwalk, California; and Mary Estacio, a clerk for the Superior Court of California, County of Los Angeles in Norwalk, California.  (Doc. 1.)

    The federal venue statute requires that a civil action be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

    In this case, the Defendants do not reside in this district and the events at issue apparently occurred in Los Angeles County, which is in the Central District of California.  Therefore,

Plaintiff's claim should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **November 14, 2022**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE