UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIN H. SHIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE ALBANESE, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08416-JGB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Jin H. Shin ("Plaintiff"); the Order re Complaint issued by the assigned Magistrate Judge (Dkt. 6); and the Report and Recommendation of the assigned Magistrate Judge filed on January 24, 2023 (Dkt. 8, "Report"). Plaintiff did not file a timely objection to the Report or seek additional time in which to do so.  The Report is approved and accepted.

　　Therefore, IT IS HEREBY ORDERED that:

　　(1)　The Complaint is DISMISSED with prejudice ; and

/ / /

/ / /

(2) Judgment shall be entered dismissing this action in accordance with the foregoing.

IT IS SO ORDERED.

Dated: March 24, 2023

_____
JESUS G. BERNAL
United States District Judge