JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIN H. SHIN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTINE ALBANESE, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08416-JGB-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: March 24, 2023

_____
JESUS G. BERNAL
United States District Judge